**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR351** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MONICA MATA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 41) of the "gun enhancement."

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 41) is denied.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge